UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

EIGHT CAPITAL MANAGEMENT, LLC,

                              **Plaintiff,**                    20-CV-00178 (PAE) (SN)

   -against-                                                    **ORDER**

EIGHT CAPITAL CORP., et al.,

                              **Defendants.**

-------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

      A telephone conference is scheduled for May 7, 2021, at 10:00 a.m. to discuss the settlement issues raised in the parties' joint letter submission. At that time, the parties should dial the Court's dedicated teleconferencing line at (877) 402-9757 and enter Access Code 7938632, followed by the pound (#) key. Representatives with final settlement authority for each party must be in attendance.

**SO ORDERED.**

                                                             _____
                                                              SARAH NETBURN
                                                              United States Magistrate Judge

DATED:     New York, New York
               April 30, 2021