UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

EIGHT CAPITAL MANAGEMENT, LLC,

                                                     Plaintiff,                          20-CV-00178 (PAE) (SN)

    -against-                                                             **ORDER**

EIGHT CAPITAL CORP., et al.,

                                                  Defendants.

-----------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

        The telephone conference scheduled for May 7, 2021, at 10:00 a.m. at which to discuss the settlement issues raised in the parties' joint letter submission is ADJOURNED and RESCHEDULED for May 28, 2021, at 10:00 a.m. At that time, the parties should dial the Court's dedicated teleconferencing line at (877) 402-9757 and enter Access Code 7938632, followed by the pound (#) key. At least one week before the conference the parties shall submit their *ex parte* settlement letters and attendance forms in accordance with Judge Netburn's individual rules of practice. Representatives with final settlement authority for each party must be in attendance.

**SO ORDERED.**

                                                                             SARAH NETBURN
                                                                             United States Magistrate Judge

DATED:       New York, New York
                May 3, 2021

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 5/3/2021